Prob12C
DMA (3/2005)

# United States District Court
## for the District of Massachusetts
### Petition and Affidavit for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| **Name of Offender:** Jose Martinez | **Case Number:** 0101 1:19CR10273-RGS-2 |
| **Name of Sentencing Judicial Officer:** | Honorable Richard G. Stearns, U.S. District Judge |
| **Date of Original Sentence:** | April 20, 2022 |
| **Original Offense:** | Felon in Possession of a Firearm and Ammunition, in violation of 18 U.S.C. § 922(g)(1), Felon in Possession of Ammunition, in violation of 18 U.S.C. § 922(g)(1), and Possession with Intent to Distribute Fentanyl, in violation of 21 U.S.C. § 841(a)(1), 21 U.S.C. § 841(a)(1) |
| **Original Sentence:** | 66 months of custody followed by 48 months of supervised release |
| **Type of Supervision:** Supervised Release | **Date Supervision Commenced:** October 4, 2023 |
| **Asst. U.S. Attorney:** Althea E. Porter | **Defense Attorney:** Scott Gleason |

### PETITIONING THE COURT

☐ To issue a warrant
☒ To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| I | **Violation of Mandatory Condition:** The defendant shall not commit another federal, state, or local crime. |
| | On August 30, 2025, in Lawrence, MA, Mr. Martinez committed Assault and Battery. On October 9, 2025, Mr. Martinez appeared at Lawrence District Court for a Magistrate's Hearing. Following the hearing, Mr. Martinez was issued a Summons to Defendant to appear at Lawrence District Court on December 10, 2025. |
| | Evidence to support this violation includes a police report from the Lawrence Police Department, Incident #25004717, and a Summons to Defendant on Docket No.: 2518CR003570. |

1

**II**         <u>**Violation of Mandatory Condition #3:**</u> **You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.**

On January 31, 2024, and February 14, 2024, Mr. Martinez tested positive for cocaine and Fentanyl.

On May 13, 2024, August 7, 2024, August 13, 2024, September 10, 2024, and February 13, 2025, Mr. Martinez tested positive for cocaine.

Evidence to support this violation include laboratory reports and testimony of this probation officer.

**U.S. Probation Officer Recommendation:**

The term of supervision should be:
- ☒ Revoked
- ☐ Extended for   year(s), for a total term of   years.
- ☐ The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Reviewed and Approved by:

*/s/ Christopher Foster*
Christopher Foster
Supervisory U.S. Probation Officer
(978) 687-3976

Respectfully submitted,

*/s/ Michael D. Forman*
Michael D. Forman
Sr. U.S. Probation Officer
Date: 10/24/2025
(508) 726-3539

**THE COURT ORDERS**
- ☐ No Action
- ☐ The Issuance of a Warrant
- ☐ The Issuance of a Summons
- ☐ Other

_____
Honorable Richard G. Stearns
U.S. District Judge

_____
Date

2